[No. 8949–8–I. Division One. August 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW ROGER KOLTAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-00604-1, Stephen M. Reilly, J., entered May 28, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, J., Ringold, A.C.J., dissenting.

[No. 8259–1–I. Division One. August 10, 1981.]

DALE F. HOLLISTER, ET AL, *Respondents,* v. BERTHA R. SIMMONS, *Appellant,* HAROLD E. GARNER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 855796, Robert E. Dixon, J., entered November 15 and December 4, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Andersen, J.

[No. 8285–0–I. Division One. August 10, 1981.]

RICHARD J. TROBERMAN, *Appellant,* v. ENVIRO PRODUCTS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 851790, Horton Smith, J., entered October 25 and November 19, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.